UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
Greenbelt Division

IN RE:

**RICHARD L. HOUCHINS JR.**                   Case No.: **11-30088**
                                              Chapter 13

Debtor.

## LINE REQUESTING CONVERSION OF CHAPTER 13 TO A CASE UNDER CHAPTER 7

COMES NOW Debtor, RICHARD L. HOUCHINS JR., by and through his undersigned counsel, Kimberly D. Marshall, and respectfully request that her Chapter 13 case be converted to a case under Chapter 7.


/s/ Richard L. Houchins Sr.                   Respectfully submitted,
Debtor

                                              /s/ Kimberly D. Marshall
                                              Kimberly D. Marshall
                                              603 Post Office Road
                                              Suite 209
                                              Waldorf, Maryland 20602
                                              (301) 893-2311
                                              somdbankruptcy@aol.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July, 2014, a copy of the foregoing Line was mailed first class, postage prepaid, to:Timothy P. Branigan, Chapter 13 Trustee, P.O. Box 1902, Laurel, MD 20725;Office of the United States Trustee, 6305 Ivy Lane, Suite 600, Bowie, Maryland 20718; and all those interested persons listed on the attached mailing matrix.

                                              /s/ Kimberly D. Marsall
                                              Kimberly D. Marshall